JS-6

FILED
CLERK, U.S. DISTRICT COURT

12/4/2020

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **WISHTOYO FOUNDATION**, *et al.*, | **Case No.: CV 19-03322-CJC(ASx)** |
| **Plaintiffs**, | |
| **v.** | **JUDGMENT** |
| **UNITED STATES FISH AND WILDLIFE SERVICE**, *et al.*, | |
| **Defendants**. | |

Plaintiffs Wishtoyo Foundation, Delia Dominguez, and the Center for Biological Diversity bring this action against Defendant United States Fish and Wildlife Service and Defendant-Intervenors Tejon Ranchcorp and Tejon Mountain Village, LLP.  On December 4, 2020, the Court granted Defendant's and Defendant-Intervenors' motions for summary judgment.

In accordance with the Court's Order, **IT IS HEREBY ORDERED** that judgment is entered in favor of Defendant and Defendant-Intervenors and against Plaintiffs.

Plaintiffs shall take nothing on their complaint against Defendants and Defendant-Intervenors.


DATED: December 4, 2020

HON. CORMAC J. CARNEY

UNITED STATES DISTRICT JUDGE